Eric J. Gravel
Attorney Bar No. 256672
LAW OFFICES OF GRAVEL & ASSOCIATES
1900 S. Norfolk St, Suite 115
San Mateo, CA 94403

Attorney for Debtor

# UNITED STATES BANKRUTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In the Matter of: ) Bk. No. 10-31225
)
) CHAPTER 7
)
MARTINA AUSTRIA )
)
         Debtor ) **STATEMENT OF NON-OPPOSITION
) TO UNITED STATES TRUSTEE'S
) MOTION TO DISMISS CASE**
)
)
)

Debtor MARTINA AUSTRIA does not oppose the United States Trustee's Motion to Dismiss Case for Abuse under 11 U.S.C. § 707(b)(1), (2), & (3).

Dated: July 14, 2010

                                            /s/ Eric J. Gravel
                                            Eric J. Gravel, Attorney for Debtor

Case: 10-31225  Doc# 24  Filed: 07/14/10  Entered: 07/14/10 18:27:09  Page 1 of 1